**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**TERRY LEE HARRIS, JR,**

    **Plaintiff,**

**v.**                                              **CASE NO. 4:06-cv-00388-SPM-AK**

**GARY BUSSELL,
EMILY SMOACK,
GREGORY WILDER,**

    **Defendants.**
_____/

**REPORT AND RECOMMENDATION**

By Order dated October 17, 2006, Plaintiff was directed to file an amended complaint on or before November 16, 2006. (Doc. 8). When no amended complaint was filed an Order to Show Cause was entered directing a response on or before January 12, 2007. (Doc. 9). As of this date there has been no response from Plaintiff. A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court (docs. 8 and 9) and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  **9**$^{th}$  day of February, 2007.

        s/ A. KORNBLUM
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**
**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**