IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRY HARRIS,

    Plaintiff,

vs.                                           4:06-CV-388-SPM

GARY BUSSELL; EMILY SMOACK;
and GREGORY WILDER,

    Defendants.

_____/

ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 13) dated February 9, 2007.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 13) is adopted and incorporated by reference in this order.

2. This case is *dismissed with prejudice*.

**DONE AND ORDERED** this <u>fifteenth</u> day of March, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge